■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS MARTINEZ, Appellant. [606 NYS2d 987] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), rendered October 30, 1991, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The issue of the legal sufficiency of the evidence was not preserved for appellate review *(see,* CPL 470.05 [2]). In any event, viewing the evidence adduced at the trial in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Although the defendant contends that the prosecution witnesses were not credible, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination is entitled to great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We find that the sentence imposed was not excessive *(see,*

*People v Suitte,* 90 AD2d 80). Sullivan, J. P., O'Brien, Ritter and Joy, JJ., concur.